UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS GESUALDI, et al., as Trustees and fiduciaries of the Local 282 Welfare Trust Fund, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NAVILLUS TILE, INC., d/b/a NAVILLUS CONTRACTING, ADVANCED CONSTRUCTION SOLUTIONS, LLC, d/b/a ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC., HDK CONSTRUCTION, LLC, DONAL O'SULLIVAN, KEVIN O'SULLIVAN, and HELEN O'SULLIVAN, <br><br> Defendants. | 15-CV-8441 (LLS) <br> ECF Case <br><br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Alexander X. Saunders, Esq. hereby appears on behalf of Defendants Time Square Construction, Inc., Kevin O'Sullivan and HDK Construction, LLC, in the above-captioned action.

Dated: December 22, 2014

                                      **PECKAR & ABRAMSON, P.C.**
                                      70 Grand Avenue
                                      River Edge, NY  07661
                                      Tel: (201) 343-3434
                                      Fax: (201) 343-6306
                                      Attorneys for Defendants Time Square
                                      Construction, Kevin O'Sullivan and HDK
                                      Construction, LLC

                                      By:  _____*/s/ Alexander X. Saunders*
                                                  Alexander X. Saunders

LAW OFFICES
Peckar & Abramson
A Professional Corporation

**CERTIFICATE OF SERVICE**

I, Alexander X. Saunders, Esq., hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am an associate of the law firm of Peckar & Abramson, P.C., attorneys for Defendants Time Square Construction, Inc., Kevin O'Sullivan and HDK Construction, LLC, and am a member of good standing of the Bar of this Court.

2. On this date, I filed the Notice of Appearance, via the CM/ECF system for the United States District Court for the Southern District of New York, thereby effectuating service upon all counsel of record.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated: December 22, 2014

          __/s/ Alexander X. Saunders_____
                Alexander X. Saunders, Esq.

LAW OFFICES
Peckar & Abramson
A Professional Corporation