United States District Court
Southern District of New York

---

Thomas Gesualdi, et al.,

                                Plaintiffs,

          -against-

Navillus Tile, Inc. d/b/a Navillus Contracting, et al.

                                Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No. 15-CV-8441

---

State of New York )
                     ) ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on November 23, 2015 at approximately 3:45 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action and Complaint, Rule 7.1 Statement, Civil Cover Sheet, Notice of Appearance, and Judges' Individual Rules, that the party served was **Navillus Title, Inc.**, a domestic business corporation sued herein as **Navillus Title, Inc., d/b/a Navillus Contracting**, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                       Mary M. Bonville

Sworn to before me this 23rd day of November, 2015

Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2018