UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomas Gesualdi, Louis Bisignano, Anthony D'Aguila, Michael O'Toole, Michael Bourgal, Frank H. Finkel, Joseph A. Ferrara Sr., Marc Herbst, Denise Richardson, and Thomas Corbett as Trustees and fiduciaries of the Local 282 Welfare Trust, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund,

       Plaintiffs,

   -v-

Navillus Tile, Inc., d/b/a Navillus Contracting, Advanced Contracting Solutions, LLC, d/b/a/ ACS-NY LLC, Time Square Construction, Inc., HDK Construction, LLC, Donal O'Sullivan, Kevin O'Sullivan, and Helen O'Sullivan,

       Defendants.

Case No. 15-cv-08441 (LLS)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

 Please enter my appearance as counsel in this case on behalf of the Defendant, Advanced Contracting Solutions, LLC, d/b/a ACS-NY LLC in the above-captioned action.

 I certify that I am admitted to practice in this Court.

Dated: New York, New York
   January 15, 2016

       BOND, SCHOENECK & KING, PLLC

       By: s/ Michael P. Collins
         Michael P. Collins (MC-0906)
       *Attorneys for Defendant*
       600 Third Avenue, 22nd Floor
       New York, NY 10016-1915
       Telephone: (646) 253-2318
       Fax: (646) 253-2301
       mcollins@bsk.com

87971.1