UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
THOMAS GESUALDI, LOUIS BISIGNANO, ANTHONY D'AQUILA, MICHAEL O'TOOLE, MICHAEL BOURGAL, FRANK H. FINKEL, JOSEPH A. FERRARA, SR., MARC HERBST, DENISE RICHARDSON, and THOMAS CORBETT as Trustees and fiduciaries of the Local 282 Welfare Trust Fund, the Local 282 Pension Trust Fund, the Local 282 Annuity Trust Fund, the Local 282 Job Training Trust Fund, and the Local 282 Vacation and Sick Leave Trust Fund,

        Plaintiffs,

  -against-

NAVILLUS TILE, INC., d/b/a NAVILLUS CONTRACTING, ADVANCED CONTRACTING SOLUTIONS LLC, d/b/a ACS-NY LLC, TIME SQUARE CONSTRUCTION, INC., HDK CONSTRUCTION, LLC., DONAL O'SULLIVAN, KEVIN O'SULLIVAN, and HELEN O'SULLIVAN,

        Defendants.
-----------------------------------------------------------------------------x

**Civil Action No.:  15-CV-08441 (LLS)**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
          ) ss.:
COUNTY OF WESTCHESTER )

  ANNA CHIAROLANZA, being duly sworn, deposes and says:

  That I am not a party to this action; am over 18 years of age and reside in Westchester County, New York; that on the 18th day of January, 2016, I served the within **ORDER FOR CONFERENCE PURSUANT TO RULE 16(b)** upon:

Willis Jay Goldsmith
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
Email: wgoldsmith@jonesday.com

Joshua Maxwell Grossman
Jones Day (NYC)
222 East 41st Street
New York, NY 10017
Email: jgrossman@jonesday.com

Louis P. DiLorenzo
Bond, Schoeneck & King, PLLC (NYC)
600 Third Avenue 22nd Floor
New York, NY 10016
Email: ldilorenzo@bsk.com

Allison Zullo Gottlieb
Bond, Schoeneck & King, PLLC (NYC)
600 Third Avenue 22nd Floor
New York, NY 10016
Email: azullo@bsk.com

Michael Patrick Collins
Bond, Schoeneck & King, PLLC (NYC)
600 Third Avenue 22nd Floor
New York, NY 10016
Email: mcollins@bsk.com

Alexander Xavier Saunders
Clausen Miller P.C.
28 Liberty Street
New York, NY 10005
Email: asaunders@law.gwu.edu

Gregory R. Begg
Peckar & Abramson, P.C. (NJ)
70 Grand Avenue
River Edge, NJ 07661
Email: gbegg@pecklaw.com

by Via Email to the above listed.

    /s/ *Anna Chiarolanza*
    ANNA CHIAROLANZA

Sworn to before me this
18th day of January, 2016.

    /s/ *Athena Truiano*
    Notary Public
ATHENA TRUIANO
Notary Public, State of New York
No. 01TR5075427
Qualified in Westchester County
Commission Expires March 31, 2019