USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/16

# TRIVELLA & FORTE, LLP
## ATTORNEYS AT LAW

1311 MAMARONECK AVENUE
SUITE 170
WHITE PLAINS, NEW YORK 10605
(914) 949-9075
FACSIMILE (914) 949-4752

MEMO ENDORSED

January 21, 2016

*Via ECF*
Hon. Colleen McMahon
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

1/21/16 Nan 1/6
all the cases will hence forth be conferenced together

Re: Gesualdi, et al v. Navillus Tile, Inc., d/b/a Navillus Contracting, et al.
Case No. 15-CV-08441 (CM)

Dear Judge McMahon:

I write as counsel to Plaintiffs in the above-referenced case concerning the January 19, 2016 designation of the matter of *Gesualdi, et al v. Navillus Tile, Inc., d/b/a Navillus Contracting, et al. Case No. 15-CV-08441 (CM)* as a related case to the *Moore, et al. v. Navillus Tile, Inc., et al. 14-CIV-8326 (CM)(JLC)*. The Gesualdi Plaintiffs respectfully request to be notified of any conferences in the *Moore* matter that could impact the *Gesualdi* litigation.

Thank you for your consideration of this request.

*Colleen McMahon*

Respectfully Submitted,

TRIVELLA & FORTE, LLP

*Christopher A. Smith*

CHRISTOPHER A. SMITH

cc: All Counsel in the *Gesualdi* Matter (Via ECF)
All Counsel in the *Moore* Matter (Via Email)